**INTELLECTUAL VENTURES II LLC, Appellant**

v.

**ERICSSON INC., Telefonaktiebolaget LM Ericsson, Appellees**

**2016-1955**

United States Court of Appeals, Federal Circuit.

June 19, 2017

Michael E. Joffre, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by Paul Ashley Ainsworth, Lori A. Gordon, Pauline Pelletier, Byron Leroy Pickard.

J. Andrew Lowes, Haynes & Boone, LLP, Richardson, TX, argued for appellees. Also represented by Clint S. Wilkins; Debra Janece McComas, Dallas, TX.

(Newman, Dyk, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**